# JANUARY, 1925.

---

Coot Cummings v. The State.

No. 9199.   Delivered Jan. 28, 1925.

**Manufacturing Intoxicating Liquor.**

No statement of facts nor bills of exception appearing in the record, the cause is affirmed.

Appeal from the District Court of Camp County.   Tried below before the Hon. R. T. Wilkerson, Judge.

Appeal from a conviction for manufacturing intoxicating liquor; penalty, one year in the penitentiary.

No brief filed by appellant.

*Tom Garrard,* State's Attorney, and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of Camp County of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary.

Appellant entered his plea of guilty.   Evidence was introduced shedding light upon the offense committed.   The charge of the court is correct in presenting the law of the case upon a plea of guilty.   The record is before us without any statement of facts or bills of exception.

An affirmance will be ordered.

*Affirmed.*